STATE OF HAWAII *v.*
RALPH BOWERS BAXTER, JR.

No. 4614.

August 7, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND
CIRCUIT JUDGE OKINO ASSIGNED BY
REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

Abe, J., having dissented from the opinion of the court, does not concur.

*Sanford J. Langa* for the petition.